

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00207-CR

Roel **CANTU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 11-11-0261-CRA
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 27, 2014.

_____
Karen Angelini, Justice

'